IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN WOLFE**                                                                                      **PLAINTIFF**

V.                                        **4:12CV00314 JMM**

**THE ARKANSAS DEMOCRATIC PARTY**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order granting Defendant's motion to dismiss, Judgment is hereby entered in favor of the Defendant and against the Plaintiff with prejudice.

IT IS SO ORDERED this 30th day of August, 2012.

James M. Moody
United States District Judge